**Order entered June 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00462-CV

**DON HARRIS, ET AL., Appellants**

**V.**

**TERRY KNUTSON, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16333**

## ORDER

Before the Court is appellants' June 12, 2019 unopposed motion for an extension of time

to file their brief on the merits. We **GRANT** the motion and extend the time to **July 3, 2019**.

/s/      BILL WHITEHILL
JUSTICE